1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  E. WISTAR WILSON (CABN 324705)
   Special Assistant United States Attorney
5
         150 Almaden Boulevard, Suite 900
6        San Jose, California 95113
         Telephone: (408) 535-5061
7        FAX: (408) 535-5081
         wistar.wilson@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 5:19-cr-00624-MAG |
|---|---|
| Plaintiff, | ) |
| | ) **NOTICE OF DISMISSAL; ORDER** |
| v. | ) |
| CAIO RUSBY ARAUJOBARBOSA, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned Information against Caio Rusby Araujobarbosa.

DATED: September 20, 2022                         Respectfully submitted,

                                                  STEPHANIE M. HINDS
                                                  United States Attorney

                                                  _____/s/_____
                                                  E. WISTAR WILSON
                                                  Special Assistant United States Attorney

NOTICE OF DISMISSAL                    1
5:19-cr-00624-MAG

**ORDER**

Leave is granted to the government to dismiss the above-captioned Information against Caio Rusby Araujobarbosa.

DATED: September 22, 2022

GRANTED
Judge Nathanael M. Cousins

HON. _____
United States Magistrate Judge